

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-23-00180-CV
_____

**HOUSING AUTHORITY OF THE CITY OF
AUSTIN–PATHWAYS ASSET MANAGEMENT, APPELLANT**

**V.**

**JESSICA BAKER, APPELLEE**

On Appeal from the County Court at Law No. 2
Travis County, Texas[1]
Trial Court No. C-1-CV-22-003913, Honorable Eric Shepperd, Presiding

July 26, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Housing Authority of the City of Austin-Pathways Asset Management, appeals from the trial court's judgment. Now pending before this Court is the parties' "Joint Motion to Voluntarily Dismiss Appeal in Light of Settlement." The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not reflect an agreement of the parties concerning the payment of costs, costs will be taxed against Appellant. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam